**E R R A T A**

<u>AK Steel Corp. v. United States International Trade Commission</u>, Consolidated Court No. 14-00220, Slip Op. 16-108 (<u>confidential version</u>), dated November 23, 2016:

    Add to the list of intervenor-defendants in the caption: "and **BAOSHAN IRON & STEEL CO., LTD., BAOSTEEL AMERICA, INC., and NOVOLIPETSK STEEL**,"

    Add to the list of counsel on page 2:

    "<u>Philippe M. Bruno</u> and <u>Rosa S. Jeong</u>, Greenberg Traurig, LLP, Washington, D.C., for intervenor-defendants Baoshan Iron & Steel Co., Ltd. and Baosteel America, Inc."